FILED17 NOV '13 15:30 USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### EUGENE    DIVISION

Johan Stevon Gillette
2032724
*(Enter full name of plaintiff(s))*

**Plaintiff(s),**

v.

Thomas M. Turner, Greg Fox
Lane County Sheriff's Office, State of Oregon
*(Enter full name of ALL defendant(s))*

**Defendant(s).**

Civil Case No. 6:13cv2007 CL
*(to be assigned by Clerk of the Court)*

**APPLICATION TO PROCEED**
***IN FORMA PAUPERIS***

I, Johan Gillette, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare than I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions:

1. Are you currently incarcerated?    ☒ Yes ☐ No
   If "Yes" state the place of your incarceration: Lane County Jail

   **If "Yes" and you are filing a civil action, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2. Are you currently employed?    ☐ Yes ☒ No ☐ Self-employed
   a.  If the answer is "Yes," state:
       Employer's name: _____
       Employer's address: _____
       Amount of take-home pay or wages: $_____ per _____ *(specify pay period)*

    b.    If the answer is "No," state:
Name of last employer: _Godfather's Pizza_
Address of last employer: _not sure_
Date of last employment: _over 10 years ago_
Amount of take-home salary or wages: $ _200.00_ per _2 weeks_ (specify pay period)

3.    Is your spouse or significant-other employed? ☐Yes ☐No ☐Self-employed ☒Not applicable
If the answer is "Yes," state:

    Employer's name: _____
    Employer's address: _____
    Amount of take-home pay or wages: $_____ per _____ (specify pay period)

4.    In the past 12 months have you received any money from any of the following sources?

    a.    Business, profession or other self-employment  ☐Yes ☒No
        If "Yes," state: Amount received: $_____
        Amount expected in future: $_____

    b.    Rent payments, interest, or dividends  ☐Yes ☒No
        If "Yes," state: Amount received: $_____
        Amount expected in future: $_____

    c.    Pensions, annuities, or life insurance payments  ☐Yes ☒No
        If "Yes," state: Amount received: $_____
        Amount expected in future: $_____

    d.    Disability or workers compensation payments  ☐Yes ☒No
        If "Yes," state: Amount received: $_____
        Amount expected in future: $_____

    e.    Gifts or inheritances  ☒Yes ☐No
        If "Yes," state: Amount received: $ _300.00 / 2 months_
        Amount expected in future: $ _Same_

    f.    Any other sources  ☐Yes ☐No
        If "Yes," state: Source: _____
        Amount received: $_____
        Amount expected in future: $_____

5. Do you have cash or checking or savings accounts? ☐ Yes ☒ No
(including prison trust accounts)?

   If "Yes," state the total amount: _____

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes ☒ No

   If "Yes," describe the asset(s) and state the value of each asset listed.

   _____
   _____
   _____
   _____

7. Do you have any other assets?    ☐ Yes ☒ No

   If "Yes," list the asset(s) and state the value of each asset listed.

   _____
   _____
   _____
   _____

8. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?    ☐ Yes ☒ No

   If "Yes," describe and provide the amount of the monthly expense.

   _____
   _____
   _____
   _____
   _____

9. List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   _____
   _____
   _____
   _____
   _____

10. Do you have any debts or financial obligations?    ☐ Yes  ☒ No

If "Yes," describe the amounts owed and to whom they are payable.

_____
_____
_____
_____
_____
_____

If I am incarcerated, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $350.00 for a prisoner civil rights complaint in accordance with 28 U.S.C. § 1915(b).

I declare under penalty of perjury that the above information is true and correct.

10-22-13
DATE

*Johan Gillette*
SIGNATURE OF APPLICANT

Johan Gillette
PRINTED NAME OF APPLICANT

**Lane County Sheriff's Office**
**Adult Corrections Division**

# INMATE REQUEST FORM
Hoja de Petición de Preso

Name / Nombre: Johnagil Gillette  AIRS #: 2032724  Housing Unit / Celdo: 3A04  Date / Fecha: 10-29-13

**Request To: (Check One Only)**
Petición dirigida a: (Marque uno nada mas)

- [X] Shift Supervisor / Supervisor
- [ ] Classification / Classificaciones
- [ ] Mental Health Services / Servicios de Salùd Mental
- [ ] Medical Services / Servicios Médicos
- [ ] Alcohol/Drug Services / Servicios de Alcohol/Drogas
- [ ] Inmate Work Program / Programa de Trabajadores Presos
- [ ] Education / Educación
- [ ] Chaplain / Capelán
- [ ] Other / Otra Cosa

**Request: (Describe Situation)**
Petición: (Explique la situación)

I turned in a certificate from the court for jail staff to fill out last ~~[struck]~~ week; need asap, please.

*(This receipt was from a week ago; apparently, they have lost/misplaced the form.)

**(Sent out follow-up kite on 10-30; still no response to that as of 11-5.)

**Response / Repuesta:** What certificate + whom DID you give it to —

Name: Sgt McGuire   Date: 10/30/13   Time: 0520

C77-145   Revised 07/2013

```
                        LANE COUNTY CORRECTIONS
              ==================================================

                          Resident Account Summary
                      Wednesday, October 30, 2013  @13:16

==============================================================================
For AIRS ID: 2032724      GILLETTE, JOHAN STEVON
------------------------------------------------------------------------------
```

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---:|---:|---:|---:|---|
| 10/29/2013 | CYBERSUITE | 79355199 | 300.00 | 337.20 | 0.00 | 0.00 | 10/29/2013 |
| 10/29/2013 | EPR | OID:100066384-ComisaryPur | -50.00 | 37.20 | 0.00 | 0.00 | 10/29/2013 |
| 10/22/2013 | EPR | OID:100066123-ComisaryPur | -4.90 | 87.20 | 0.00 | 0.00 | 10/22/2013 |
| 10/15/2013 | EPR | OID:100065893-ComisaryPur | -44.70 | 92.10 | 0.00 | 0.00 | 10/15/2013 |
| 10/08/2013 | EPR | OID:100065669-ComisaryPur | -23.20 | 136.80 | 0.00 | 0.00 | 10/08/2013 |
| 10/01/2013 | EPR | OID:100065440-ComisaryPur | -35.00 | 160.00 | 0.00 | 0.00 | 10/01/2013 |
| 09/24/2013 | EPR | OID:100065225-ComisaryPur | -35.00 | 195.00 | 0.00 | 0.00 | 09/24/2013 |
| 09/17/2013 | EPR | OID:100065000-ComisaryPur | -35.00 | 230.00 | 0.00 | 0.00 | 09/17/2013 |
| 09/10/2013 | EPR | OID:100064783-ComisaryPur | -35.00 | 265.00 | 0.00 | 0.00 | 09/10/2013 |
| 09/07/2013 | CYBERSUITE | 77288155 | 300.00 | 300.00 | 0.00 | 0.00 | 09/07/2013 |
| 09/03/2013 | EPR | OID:100064539-ComisaryPur | -30.70 | 0.00 | 0.00 | 0.00 | 09/03/2013 |
| 08/27/2013 | EPR | OID:100064293-ComisaryPur | -34.60 | 30.70 | 0.00 | 0.00 | 08/27/2013 |
| 08/20/2013 | EPR | OID:100064059-ComisaryPur | -35.00 | 65.30 | 0.00 | 0.00 | 08/20/2013 |
| 08/17/2013 | CYBERSUITE | 78348345 | 100.00 | 100.30 | 0.00 | 0.00 | 08/17/2013 |
| 08/13/2013 | EPR | OID:100063827-ComisaryPur | -6.40 | 0.30 | 0.00 | 0.00 | 08/13/2013 |
| 08/06/2013 | EPR | OID:100063583-ComisaryPur | -15.15 | 6.70 | 0.00 | 0.00 | 08/06/2013 |
| 07/29/2013 | EPR | OID:100063359-ComisaryPur | -26.25 | 21.85 | 0.00 | 0.00 | 07/29/2013 |
| 07/23/2013 | EPR | OID:100063120-ComisaryPur | -23.45 | 48.10 | 0.00 | 0.00 | 07/23/2013 |
| 07/16/2013 | EPR | OID:100062887-ComisaryPur | -14.45 | 71.55 | 0.00 | 0.00 | 07/16/2013 |
| 07/09/2013 | EPR | OID:100062696-ComisaryPur | -29.50 | 86.00 | 0.00 | 0.00 | 07/09/2013 |
| 07/02/2013 | EPR | OID:100062526-ComisaryPur | -35.00 | 115.50 | 0.00 | 0.00 | 07/02/2013 |
| 06/25/2013 | EPR | OID:100062297-ComisaryPur | -35.00 | 150.50 | 0.00 | 0.00 | 06/25/2013 |
| 06/18/2013 | EPR | OID:100062161-ComisaryPur | -35.00 | 185.50 | 0.00 | 0.00 | 06/18/2013 |
| 06/11/2013 | EPR | OID:100062018-ComisaryPur | -34.96 | 220.50 | 0.00 | 0.00 | 06/11/2013 |
| 06/04/2013 | EPR | OID:100061889-ComisaryPur | -34.99 | 255.46 | 0.00 | 0.00 | 06/04/2013 |
| 05/28/2013 | EPR | OID:100061760-ComisaryPur | -33.95 | 290.45 | 0.00 | 0.00 | 05/28/2013 |
| 05/24/2013 | CYBERSUITE | 76831369 | 300.00 | 324.40 | 0.00 | 0.00 | 05/24/2013 |
| 05/21/2013 | EPR | OID:100061601-ComisaryPur | -35.00 | 24.40 | 0.00 | 0.00 | 05/21/2013 |
| 05/14/2013 | EPR | OID:100061445-ComisaryPur | -34.90 | 59.40 | 0.00 | 0.00 | 05/14/2013 |
| 05/07/2013 | EPR | OID:100061292-ComisaryPur | -34.00 | 94.30 | 0.00 | 0.00 | 05/07/2013 |
| 04/30/2013 | EPR | OID:100061124-ComisaryPur | -35.00 | 128.30 | 0.00 | 0.00 | 04/30/2013 |
| 04/23/2013 | EPR | OID:100060966-ComisaryPur | -34.95 | 163.30 | 0.00 | 0.00 | 04/23/2013 |
| 04/16/2013 | EPR | OID:100060821-ComisaryPur | -33.65 | 198.25 | 0.00 | 0.00 | 04/16/2013 |
| 04/09/2013 | EPR | OID:100060659-ComisaryPur | -35.00 | 231.90 | 0.00 | 0.00 | 04/09/2013 |
| 04/02/2013 | EPR | OID:100060500-ComisaryPur | -33.15 | 266.90 | 0.00 | 0.00 | 04/02/2013 |
| 03/26/2013 | CYBERSUITE | 73704871 | 300.00 | 300.05 | 0.00 | 0.00 | 03/26/2013 |
| 03/26/2013 | EPR | OID:100060343-ComisaryPur | -29.70 | 0.05 | 0.00 | 0.00 | 03/26/2013 |
| 03/19/2013 | EPR | OID:100060179-ComisaryPur | -32.75 | 29.75 | 0.00 | 0.00 | 03/19/2013 |
| 03/12/2013 | EPR | OID:100060024-ComisaryPur | -34.70 | 62.50 | 0.00 | 0.00 | 03/12/2013 |
| 03/05/2013 | EPR | OID:100059867-ComisaryPur | -34.10 | 97.20 | 0.00 | 0.00 | 03/05/2013 |
| 02/26/2013 | EPR | OID:100059710-ComisaryPur | -33.85 | 131.30 | 0.00 | 0.00 | 02/26/2013 |
| 02/19/2013 | EPR | OID:100059548-ComisaryPur | -32.70 | 165.15 | 0.00 | 0.00 | 02/19/2013 |
| 02/12/2013 | EPR | OID:100059367-ComisaryPur | -33.70 | 197.85 | 0.00 | 0.00 | 02/12/2013 |
| 02/05/2013 | EPR | OID:100059207-ComisaryPur | -35.00 | 231.55 | 0.00 | 0.00 | 02/05/2013 |
| 01/29/2013 | EPR | OID:100059068-ComisaryPur | -34.75 | 266.55 | 0.00 | 0.00 | 01/29/2013 |
| 01/22/2013 | EPR | OID:100058937-ComisaryPur | -7.80 | 301.30 | 0.00 | 0.00 | 01/22/2013 |
| 01/21/2013 | CYBERSUITE | 53671503 | 300.00 | 309.10 | 0.00 | 0.00 | 01/21/2013 |
| 01/15/2013 | EPR | OID:100058780-ComisaryPur | -5.25 | 9.10 | 0.00 | 0.00 | 01/15/2013 |
| 01/08/2013 | EPR | OID:100058618-ComisaryPur | -32.35 | 14.35 | 0.00 | 0.00 | 01/08/2013 |
| 01/02/2013 | EPR | OID:100058497-ComisaryPur | -20.55 | 46.70 | 0.00 | 0.00 | 01/02/2013 |
| 12/26/2012 | EPR | OID:100058341-ComisaryPur | -19.50 | 67.25 | 0.00 | 0.00 | 12/26/2012 |
| 12/18/2012 | EPR | OID:100058201-ComisaryPur | -22.40 | 86.75 | 0.00 | 0.00 | 12/18/2012 |
| 12/11/2012 | EPR | OID:100058065-ComisaryPur | -24.50 | 109.15 | 0.00 | 0.00 | 12/11/2012 |
| 12/04/2012 | EPR | OID:100057922-ComisaryPur | -22.50 | 133.65 | 0.00 | 0.00 | 12/04/2012 |
| 11/27/2012 | EPR | OID:100057813-ComisaryPur | -22.45 | 156.15 | 0.00 | 0.00 | 11/27/2012 |
| 11/13/2012 | EPR | OID:100057486-ComisaryPur | -19.90 | 178.60 | 0.00 | 0.00 | 11/13/2012 |
| 11/06/2012 | EPR | OID:100057300-ComisaryPur | -23.00 | 198.50 | 0.00 | 0.00 | 11/06/2012 |
| 10/30/2012 | EPR | OID:100057115-ComisaryPur | -22.00 | 221.50 | 0.00 | 0.00 | 10/30/2012 |

```
                              LANE COUNTY CORRECTIONS
                     ================================================

                                Resident Account Summary
                           Wednesday, October 30, 2013  @13:16
     =========================================================================
For AIRS ID: 2032724     GILLETTE, JOHAN STEVON
-------------------------------------------------------------------------------
    Date     Transaction Description              Amount    Balance   Owed    Held    Reference
-------------------------------------------------------------------------------
10/23/2012 EPR          OID:100056946-ComisaryPur  -23.25    243.50   0.00    0.00    10/23/2012
10/16/2012 EPR          OID:100056764-ComisaryPur  -19.75    266.75   0.00    0.00    10/16/2012
10/09/2012 EPR          OID:100056484-ComisaryPur  -13.50    286.50   0.00    0.00    10/09/2012
10/05/2012 CYBERSUITE   58211678                   300.00    300.00   0.00    0.00    10/05/2012
```