UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

**Demand for Jury Trial**

Johan Stevon Gillette 2032724

*(Enter full name of plaintiff(s))*

Plaintiff(s),

Civil Case No. 6:13CV 2007-CL
*(to be assigned by Clerk of the Court)*

**PRISONER CIVIL RIGHTS COMPLAINT**

v.

Thomas M. Turner, Greg Fox
Lane County Sheriff's Office
State of Oregon, Lane County, City of Eugene

*(Enter full name of ALL defendant(s))*

Defendant(s).

I.

A. Have you brought any other action or appeal in a court of the United States while a prisoner?

Yes ☐   No ☒

B. If your answer to A is yes, how many? _____. Describe the lawsuit(s) in the space below. *(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)*

1. Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

2. Court: _____
3. Docket Number: _____
4. Name of judge to whom case was assigned: _____
5. Disposition (Was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

6. Approximate date of filing: _____
7. Approximate date of disposition: _____

## II.

A. Place of confinement: **Lane County Jail**

B. Is there a prisoner grievance procedure in this institution?

    Yes ☒         No ☐

C. Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☒         No ☐

    If your answer is no, explain why not:

    _____

    _____

D. Is the grievance process completed?

    Yes ☒         No ☐

## III. PARTIES

*(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)*

A. Name of plaintiff: Johan Gillette
Security Identification No.: 2032724
Address: Lane County Adult Corrections, 101 West 5th Avenue, Eugene, OR 97401-2695

*(In item B, place the full name of each defendant, his/her official position, and his/her place of employment.*

B. Defendant Thomas Turner is employed as Sheriff at Lane County Sheriff's Office

Defendant Greg Fox is employed as Director at Adult Corrections Division, Lane County Sheriff's Office

Defendant _____ is employed as _____ at _____

Defendant _____ is employed as _____ at _____

Defendant _____ is employed as _____ at _____

Additional defendants: Lane County Sheriff's Office, State of Oregon, Lane County, City of Eugene

## IV. STATEMENT OF CLAIM

### Claim I

State what right under the Constitution, laws, or treaties of the United States has been violated.

Food situation is unconstitutionaly punitive.

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

Food is of punitive nutritional value + quality. Food is served in punitive (small) amounts, + often unhygenically exposed to communicable diseases, etc. LC Jail refuses to give additional food for larger people (even smaller inmates complain of hunger pain), and refuse extra food to compensate for exercise. LC Jail refuses to turn over nutri. values of food served, or weight of proper portions. Jail then extorts inmates for heavily marked up commissary ($1.05 for one ramen, etc). Jail does not allow outside food, even direct from distributors. Meals are served too early in day (5:30am, 10:30am, & 4:30 pm) for healthy schd.

### Claim II

State what right under the Constitution, laws, or treaties of the United States has been violated.

Sleeping conditions are punitive/abusive.

Supporting Facts: *(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

Constant hip/shoulder pain from insufficient padding; required two steroid treatments so far for inflammation of left hip. Lights are too bright/noisy; there are non-punitive lights the jail could use, but choose not to. Jail refuses to allow inmates to change color on filter lights. These conditions are particularly punitive for people with depression +/or other mental health issues.
Also, pillows are punitive (hurt ears).

## Claim III

State what right under the Constitution, laws, or treaties of the United States has been violated.

Hygiene conditions are punitive.

Supporting Facts: *(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

No floss of any kind is allowed. Mouthwash was given every few months, but not for the last 6 or so. Food prep/service is non-hygenic (sick inmates/staff coughing/sneezing on drinks & food, etc).

_____
_____
_____
_____
_____
_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## V. RELIEF

State **briefly** exactly relief you are seeking. Make no legal arguments. Cite no cases or statutes.

$ based on physical pain/mental health

Cessation of punitive conditions, $500.00/day for all time served up until resolution of suit, & punitive damages. Additional $100.00/day ($20,000.00) for the ~7 months I was confined in the East Annex (punitive).

→ roughly $600,000.00 as I write this

Signed this 27th day of October, 2013.

_____
*(Signature of Plaintiff(s))*

Johan Gillette

CIVIL RIGHTS COMPLAINT
Revised: April 24, 2008

# Claim IV

## Denied reasonable access to Law Library.

Law Library access was only granted once when I was capable of using it effectively (due to sleep/mental health issues, mornings are problematic for me). Jail refuses to even try to be reasonable on time issues. Law Library time limited to 50 minutes/shot. Law Library access is requested via kite; requests for access granted at irregular intervals, making it impossible to plan for it. Law Library access now denied me completely.

## Claim V

Uncostitutional censorship violating 1st ammendment.

Jail refuses to allow delivery of publications to non-convicts that even convicts serving time in prison can't be denied (Sports Illustrated Swimsuit Edition, etc). LC Jail uses 'sexually explicit' standard to ban publications/images that no reasonable person would consider sexually explicit (like images of 'bare' breasts that don't show nipples, or are very small/-distant in crowd photos). Esquire issue also refused.

## Claim VI

__Visitation rules unconstitutionaly punitive.__

Visiting list too small. Visiting list can only be changed once/month. No contact visits allowed, even for non-convicts. Not enough visitation time or flexible enough scheduling to reasonably allow visits from family/loved ones.

## Claim VII

__Music/Computer/Radio/TV access denied (punitive).__

No music/radio allowed. TV limited to one hour/day. No computer access. Insufficient phone time/access; phone price is punitive.

## Claim VIII

### General conditions of housing are punitive.

After ~8 months of being Medium security, switched back to Maximum w/o any incident/justification. Dayroom time random every day (prevents development of healthy routine). 'Yard' is concrete (unhealthy), only given once/week at 8:00 am for 1 hour, and the walls are too high to get any sunshine. Also, it's too damned cold at 8:00 am most of the year (unhealthy). Clothes only changed twice/week. Phone price too high. Razors are of punitive quality. No access to electric razor. Only 10 books/magazines allowed, even if they are your property. Clean clothes only once every 3-4 days. No access to coffee/melatonin/other natural health supplements.

# Claim IX

## East Annex conditions (punitive).

Cell #1K05 ← Confined for ~6 months in East Annex^(from 12-12 to 6-30-13) (punitive conditions). No outside windows in cells. No light switch in cells (Lights out at 11pm, on at 5:30 am). No mirror in cell. No furniture in cell other than sink/toilet structure + concrete 'bunk'. View of TV from cell, but TV kept off when no dayroom was running (deputy's choice; punitive).